Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIGN COLLECTION, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BELK STORES SERVICES, INC., et al,<br><br>Defendants. | Case No.: 2:18−cv−06010-CBM-MRW<br>*Hon. Consuelo B. Marshall Presiding*<br><br>[PROPOSED] ORDER ON STIPULATION TO DISMISS THE ACTION WITH PREJUDICE<br><br>JS-6 |

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is dismissed with prejudice; and,
2. Each party is to bear its own costs and fees as incurred against one another.

<u>SO ORDERED</u>.

Date: \_\_\_\_APRIL 19\_\_\_, 2019        By: _____
                                         HON. CONSUELO B. MARSHALL
                                         U.S. DISTRICT COURT JUDGE

- 1 -